

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00872-CR

Martin Ugalde **CAMPOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1776-CR
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED October 8, 2014.

Catherine Stone, Chief Justice